**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  ASSIGNMENT OF JUDGE    :   No. 378 Judicial Classification Docket
KENNETH JOEL OF THE COURT OF   :
COMMON PLEAS OF THE FIRST     :
JUDICIAL DISTRICT OF PENNSYLVANIA  :
TO A DIVISION OF SAID COURT     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2022, upon consideration of the Petition of the Honorable Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the permanent assignment of the Honorable Kenneth Joel to the Trial Division of the Court of Common Pleas of the First Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.